No. 02–6319.  FLOYD v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–6324.  HENSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–6326.  HESTER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–6328.  GREEN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–6333.  GIL v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–6334.  URIEL IBARRA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–6335.  GONZALEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–6337.  GARLAND v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–6341.  ROJAS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–6342.  AGUILAR v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–5684.  NICHOLAS v. WEST VIRGINIA ET AL.  Cir. Ct. Kanawha County, W. Va.  Motion of petitioner for leave to file Appendix A under seal granted.  Certiorari denied.

No. 02–5754.  CARTER v. CAMBRA, WARDEN.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–5917.  KAHVEDZIC v. REPUBLIC OF CROATIA ET AL.  C. A. 11th Cir.  Certiorari denied.  JUSTICE SCALIA took no part in the consideration or decision of this petition.